| | |
|---|---|
| 1 | RIVERA & ASSOCIATES |
| 2 | 1425 River Park Drive, Suite 250<br>Sacramento, California 95815 |
| 3 | Tel: 916-922-1200 Fax: 916 922-1303 |
| 4 | Jesse M. Rivera, SBN 84259<br>Shanan L. Hewitt, SBN 200168 |
| 5 | Jonathan B. Paul, SBN 215884<br>Jill B. Nathan, SBN 186136 |
| 6 | Glen A. Williams, SBN 257665 |
| 7 | Attorneys for Defendants<br>County of Sacramento and Sean Woodward |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MCCORMACK, | Case No. 2:16-cv-01303-WBS-AC |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DISPOSITIONAL DOCUMENT FILING DEADLINE** |
| COUNTY OF SACRAMENTO,<br>Sacramento County Sheriff's Deputy<br>SEAN WOODWARD (Badge #141); and<br>DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between, Plaintiff Michael McCormack ("Plaintiff"), on the one hand, and Defendants County of Sacramento and Sean Woodward ("Defendants", and collectively referred to herein as "the Parties"), on the other hand, by and through their respective attorneys of record as follows:

Whereas the County of Sacramento has formally approved of the settlement arrived at between the parties during the settlement conference of June 1, 2017, but has yet to complete processing of the settlement draft.

Whereas the Parties have executed a settlement agreement and release as well as a stipulated dismissal with prejudice.

Whereas the terms of the settlement agreement and release provide that Defendants cannot file the stipulated dismissal with prejudice until delivery of the settlement draft to

Plaintiff's counsel.

Whereas Defendants have been advised by the County of Sacramento that the settlement draft is currently being processed and delivery thereof should occur sometime later this week or early next week.

It is therefore STIPULATED AND AGREED, by and between the Parties that the deadline for filing of dispositional documents should be extended from August 1, 2017 for an additional two weeks until August 15, 2017.

Dated: August 2, 2017                    RIVERA & ASSOCIATES

*/s/ Jonathan B. Paul*
JONATHAN B. PAUL
Attorney for Defendants
County of Sacramento and Sean Woodward

Dated: August 2, 2017                    LAW OFFICES OF STEWART KATZ

*/s/ Stewart Katz (As authorized on 08/02/17)*
STEWART KATZ
Attorney for Plaintiff
Michael McCormack

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby orders that dispositional documents are to be filed not later than August 15, 2017.

**IT IS SO ORDERED**.

Dated: August 2, 2017

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE