1  RIVERA & ASSOCIATES
2  1425 River Park Drive, Suite 250
   Sacramento, California 95815
3  Tel: 916-922-1200 Fax: 916 922-1303

4  Jesse M. Rivera, SBN 84259
   Shanan L. Hewitt, SBN 200168
5  Jonathan B. Paul, SBN 215884
   Jill B. Nathan, SBN 186136
6  Glen A. Williams, SBN 257665

7  Attorneys for Defendants
   County of Sacramento and Sean Woodward

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCORMACK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO,<br>Sacramento County Sheriff's Deputy<br>SEAN WOODWARD (Badge #141); and<br>DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-01303-WBS-AC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE and ORDER** |

It is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Plaintiff MICHAEL MCCORMACK, represented by and through his attorney of record, Stewart Katz, Esq., Defendants COUNTY OF SACRAMENTO and SEAN WOODWARD, by and through their attorney of record, Jonathan B. Paul, Esq., that the entire action is dismissed with prejudice forthwith. Each side is to bear their own attorney's fees and costs.

Dated: July 17, 2017　　　　　　　　　　　LAW OFFICES OF STEWART KATZ

　　　　　　　　　　　　　　　　　　　　*/s/ Stewart Katz* (As authorized on 7/17/17)

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stewart Katz, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　Michael McCormack

| | | |
|---|---|---|
| Dated: July 31, 2017 | | RIVERA & ASSOCIATES |
| | | */s/ Jonathan B. Paul* |
| | | _____ |
| | | Jonathan B. Paul, Esq.<br>Attorney for Defendants<br>County of Sacramento and Sean Woodward |

Pursuant to the stipulation of the parties herein, the entire action is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Each side to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 22, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE